## CIRCUIT AND SUPERIOR COURTS OF MARION COUNTY, INDIANA

200 East Washington Street, Suite W122
Indianapolis, IN 46204
Clerk tel. no. (317) 327-4740

CAROLYN WENDY HERZ, PH.D.,                          CASE NO.

                          Plaintiff,

        -vs-

UNITED STATES OF AMERICA,
RICHARD YOUNG, WILLIAM
HAYNES, JOHN BOEHNER, et al.,

                          Defendants.

## SUMMONS

To Defendants' attorney:        United States Attorney for the Southern District of Indiana
((per FRCP  4(i)(1)(A))        c/o Civil Process Clerk
                                10 West Market Street, Suite 2100
                                Indianapolis, IN 46204

    You are hereby notified that the person named as plaintiff has sued you in the Court indicated above.
The nature of the suit against you and the relief sought are stated in the complaint that is being served
with this Summons.

    You must file with the Clerk of this Court and serve upon the plaintiff at the address below a
response to the complaint within twenty (20) days, commencing the day after you receive the complaint
and this summons, or a judgment by default may be rendered against you for the relief demanded in the
complaint.

                                                    DEC 1 6 2014

Date _____        _____
                                    Clerk, Marion Circuit/Superior Courts    (Seal)

Carolyn Wendy Herz, Plaintiff *Pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Telephone (317) 876-0421

The following manner of service is hereby designated:

        X  **By Clerk via Certified Mail** with return receipt to the address indicated on the Summons.

        _____  **By Secretary of State via Certified Mail** with return receipt to the address indicated on
the Summons.

**CIRCUIT AND SUPERIOR COURTS OF MARION COUNTY, INDIANA**
200 East Washington Street, Suite W122
Indianapolis, IN 46204
Clerk tel. no. (317) 327-4740

CAROLYN WENDY HERZ, PH.D.,                     CASE NO.

                     49D061412CT040938

                 Plaintiff,

    -vs-

UNITED STATES OF AMERICA,
RICHARD YOUNG, WILLIAM
HAYNES, JOHN BOEHNER, et al.,

              Defendants.

## SUMMONS

To Defendants' attorney:              United States Attorney for the Southern District of Indiana
((per FRCP 4(i)(1)(A))                c/o Civil Process Clerk
                                      10 West Market Street, Suite 2100
                                      Indianapolis, IN 46204

    You are hereby notified that the person named as plaintiff has sued you in the Court indicated above. The nature of the suit against you and the relief sought are stated in the complaint that is being served with this Summons.

    You must file with the Clerk of this Court and serve upon the plaintiff at the address below a response to the complaint within twenty (20) days, commencing the day after you receive the complaint and this summons, or a judgment by default may be rendered against you for the relief demanded in the complaint.

                                     DEC 16 2014

Date _____        _____  _Elizabeth F. White_

                                Clerk, Marion Circuit/Superior Courts   (Seal)

Carolyn Wendy Herz, Plaintiff *Pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Telephone (317) 876-0421

The following manner of service is hereby designated:

    **X  By Clerk via Certified Mail** with return receipt to the address indicated on the Summons.

    _____  **By Secretary of State via Certified Mail** with return receipt to the address indicated on the Summons.

STATE OF INDIANA )       IN THE MARION CIRCUIT/SUPERIOR COURT

)  SS:

COUNTY OF MARION )       CASE NO.                    49D0061412CT040938

CAROLYN WENDY HERZ, Ph.D.,                  )
                                            )
                                Plaintiff,  )
                                            )
        vs.                                 )
                                            )
UNITED STATES OF AMERICA, RICHARD           )
YOUNG, WILLIAM HAYNES, JOHN BOEHNER,        )
ORA PESCOVITZ a/k/a Carolyn Srivastava,     )
GERALD BEPKO, NATIONSTAR MORTGAGE           )
LLC, BANK OF AMERICA CORPORATION,           )
JAMES SCHILLACI, PATRICK HEALEY, FRANKE     )
TOBEY JONES, SAINT THOMAS WEST              )            **FILED**
HOSPITAL, NEWTON ALLEN, DONALD HARRIS,      )
MICHAEL CASTELLARIN, MICHAEL SONTAG,        )   (15)   DEC 1 6 2014
JACQUELINE HOBBS, and MICHIGAN STATE        )
UNIVERSITYCOLLEGE OF LAW,                   )         *Elizabeth of White*
                                            )      CLERK OF THE MARION CIRCUIT COURT
                                Defendants. )

## COMPLAINT AND JURY DEMAND

1. Plaintiff, *pro se*, brings a complaint alleging a pattern of racketeering and of violations of civil rights, including interference in and disruption of plaintiff's family life, and of defendants' using plaintiff as a scapegoat for a sociopath, which has deprived her of basic human rights guaranteed by the *Constitution of the United States*. Pursuant to Rule 38 (B) of the *Indiana Rules of Trial Procedure*, plaintiff demands a jury trial.

### I. PARTIES

2. Plaintiff Carolyn Wendy Herz is an unemployed single female Jewish citizen of Marion County, Indiana, where she has resided continuously from 1985 through the date of filing this complaint. Carolyn Wendy Herz is my maiden name and my legal name for all purposes.

3. Defendant United States of America is a sovereign nation that possesses enormous

power and resources to handle domestic terrorists and common criminals, in order to keep its in-habitants safe. Yet it has, over a period of more than fifteen years, allowed defendants in this case and other perpetrators to commit criminal violations of federal laws against me, providing me with no remedy other than private lawsuits. Not only have the private lawsuits not brought me any relief, they have been used to commit even more crimes against me.

4. Defendant Richard Young is a district judge of the United States District Court for the Southern District of Indiana. He has been Chief Judge of that court since late 2009. He has used his position of power to serve only himself and <u>not</u> the citizens of the Southern District of Indi-ana, promulgating mean-spirited, spiteful, and frighteningly unlawful policies.

5. Defendant William Haynes is a district judge of the United States District Court for the Middle District of Tennessee in Nashville ("TNMD"). Currently, he is Chief Judge of that court. He has manifested malignant animosity toward *pro se*, non-attorney litigants.

6. Defendant John Boehner has been a member of the United States House of Representa-tives from Ohio since January 1991. From January 2011 up to the present, he has held the posi-tion of Speaker of the House. He has used his taxpayer-funded positions to serve his own selfish interests, rather than promoting the welfare of the United States of America. He is being sued for actions taken outside of "Speech and Debate."

7. Defendant Ora Pescovitz uses the alias Carolyn Srivastava for purposes of deception, so I refer to her herein as "Ora Pescovitz a/k/a Carolyn Srivastava." She is a vindictive sexual harasser, child molester, facile con artist, pathological liar, kleptomaniac, home wrecker, and drug addict/dealer, given to bouts of extreme paranoia and paroxysms of enraged jealousy. The machinations of Ora Pescovitz a/k/a Carolyn Srivastava include use of aggressive sex and ha-ranguing to manipulate gullible men in positions of power to accede to her unreasonable de-

2

mands, use of blackmail, profligate commission of forgery, inducement of the vulnerable into drug addiction, sowing dissention within families, and disrupting the operations of numerous organizations. When asked to take any action, her first response is, "What's in it for me?"

8. Defendant Gerald Bepko is the former employment supervisor of Ora Pescovitz a/k/a Carolyn Srivastava and me. His job title is law professor, but he has exhibited astonishing ignorance of the law. He is, however, quite adept at conning the easily duped into believing that he is far more competent than he actually is. His license to practice law has been in inactive/retired status since 1991, and thus he has not been required to participate in Continuing Legal Education, or legally permitted to represent anyone other than himself, since 1991. Gerald Bepko manifests an attitude that non-attorneys are infinitely inferior to His Royal Highness.

9. Defendant Nationstar Mortgage LLC ("Nationstar"), a Texas-based predatory mortgage business, purchased the servicing rights for my Fannie Mae-owned home mortgage loan from Bank of America, effective May 1, 2013, through a transaction secretly negotiated without my consent. Nationstar immediately began treating me dishonestly and disrespectfully, so I refinanced the loan with an Indiana lender unrelated to Nationstar. My new lender electronically transmitted the loan payoff funds to Nationstar as servicer on June 24, 2013. Nationstar recorded the release of mortgage with the Marion County recorder on July 9, 2013 as instrument no. A201300081304, and Fannie Mae records show that it no longer owns any part of my mortgage loan. Nationstar has never been the creditor for any loan that I (plaintiff) have ever taken out.

10. Defendant Bank of America Corporation, a large financial services company, was, through its subsidiary Bank of America, National Association, the servicer for my home mortgage loan from 2008 though April 2013. In 2009, Bank of America Corporation acquired Merrill Lynch, a financial advising and asset management business.

11. Defendant James Schillaci, who is affiliated with Merrill Lynch, has been my parents' financial advisor, with custody over their financial accounts, for many years.

12. Defendant Patrick Healey is an Indianapolis physician specializing in geriatrics. He was a treating physician for Hooverwood Nursing Home in Indianapolis during the period in which my mother was a patient there, and held a position on the Board of Directors of Marquette Manor, an Indianapolis retirement facility, during the period in which my mother was a patient in their skilled nursing unit.

13. Defendant Franke Tobey Jones is a continuous care retirement facility, located in Tacoma, Washington, and where my parents had resided for a period of time.

14. Defendant Saint Thomas West Hospital, formerly St. Thomas Hospital, is a hospital in Nashville, Tennessee, where my father unnecessarily spent time as a patient.

15. Defendant Newton Allen, a Nashville, Tennessee physician who is affiliated with Saint Thomas West Hospital, was the primary care physician of my father for several months. He places concerns about evading lawsuits ahead of providing reasonable care to his patients.

16. Defendant Donald Harris was a Tennessee senior judge who was apparently appointed to hear Davidson County, Tennessee Circuit Court case no. 10P-1127, to which I am an unwilling party. He unlawfully exercised jurisdiction over the case; there was no basis for personal jurisdiction over me as a citizen of Indiana with no relevant contacts with the State of Tennessee. As of at least June 2012 he was no longer a judge at all.

17. Defendant Michael Castellarin is a Nashville, Tennessee attorney who was unlawfully appointed trustee of an unlawful trust that designates me (plaintiff) as beneficiary. He received his law degree from a law school that is not accredited by the American Bar Association, and he is therefore not eligible to practice law in Indiana.

4

18. Defendant Michael Sontag is a Nashville, Tennessee attorney who, in collaboration with other defendants, commenced frivolous actions against my father and me in Davidson County, Tennessee probate court. He was never admitted to practice law in Indiana.

19. Defendant Jacqueline Hobbs, a native of Indiana who currently resides in Florida, is my son's stepmother. She has exhibited a fanatical obsession with acquiring large amounts of money and the superficial trappings of success. She has pretended to be my son's mother in order to callously exploit him as a tool for her own gain. She claims to be a psychiatrist, employed by the University of Florida, but is not licensed in Indiana, Tennessee, or Washington State. My personal interactions with her have been very minimal, and never in Florida.

20. Defendant Michigan State University College of Law ("MSU Law") is a private, nonprofit, independent law school in Michigan. I applied to MSU Law's juris doctor program and was not admitted, I believe for unlawful reasons. I have since decided that I do not want to attend law school there.

## II. ALLEGATIONS IN SUPPORT OF COMPLAINT

### A. General background

21. Marion County, Indiana meets preferred venue requirements pursuant to Ind. Trial Rule 75 (2), (4) and (5), as land to which some claims relate is located in Marion County, some defendants have offices in Marion County, and I as plaintiff reside in Marion County.

22. Ora Pescovitz a/k/a Carolyn Srivastava, who will do anything she thinks will benefit her, relentlessly commits serious crimes. Her behavior is so abusive and exploitative that her own three children refuse to have anything to do with her. Nonetheless, selfish government officials abuse their government positions to keep her out of prison and on the streets, because she is a very useful tool for grabbing power and other people's money.

23. Ora Pescovitz a/k/a Carolyn Srivastava is always on the prowl for people to exploit, and I was one of the unlucky ones whom she conscripted as a target. Viewing me as vastly inferior to Her Royal Highness, she decided I would be the perfect slave and scapegoat for her. She claims special, privileged entitlement to a personal slave and scapegoat.

24. Ora Pescovitz a/k/a Carolyn Srivastava, in collaboration with the other defendants, has perpetrated a twenty-year long practice of secretly stalking me and parasitizing my identity to attribute to me all of her character flaws and misbehavior, to interfere in in and disrupt every aspect of my life, and to claim ownership of property that belongs to me, while she is showered with undeserved praise and undeserved benefits. Ora Pescovitz a/k/a Carolyn Srivastava is a huge boulder chained to my ankle. I, Carolyn Wendy Herz, have never liked Ora Pescovitz a/k/a Carolyn Srivastava, I will not talk to her and I do NOT want her in my life. She is not my friend.

25. Ora Pescovitz a/k/a Carolyn Srivastava and Gerald Bepko are a pair of cold-blooded con artists who use deception to benefit themselvest at others' expense. They cause enormous collateral damage and they hurt many persons; they are not good people.

26. In this complaint I state claims arising from a subset of offenses committed against me.

**B. Allegations relating to my family**

27. As part of their exploitation of me, defendants sought to isolate me from my family members by telling them outrageous lies about me and by threatening to harm them if they associated with me. In addition to accommodating the jealousy and spite of Ora Pescovitz a/k/a Carolyn Srivastava, defendants' objective in attacking my family has been to steal my inheritance to fund their profligate spending habits.

28. My parents moved to Indianapolis in 1986 to be near my son, their only grandchild.

In December 1995 my parents, on their own initiative, established two similar trusts, one with my mother as settlor and trustee and the other with my father as settlor and my mother as trustee. The assets forming the trusts have been held and administered mainly from an account in Indiana. The trusts treated my sister, my only sibling, and me (plaintiff) essentially equally as beneficiaries and successor trustees. My mother personally handed me copies of the trust documents.

29. In July 1993, my divorce from my ex-husband Arun Srivastava, which was likely instigated by Ora Pescovitz a/k/a Carolyn Srivastava, became final. We had had one child together, a son named A. Benjamin Srivastava. There is no doubt that Arun Srivastava is the father of our son: I did not have sexual relations with anyone other than he during our marriage, and our son resembles him in physical attributes and behavior. The final decree, which was settled without any in-court proceeding, ordered that I would have physical custody of our son, and Arun Srivastava would pay child support to me for our son's care, which he reliably did.

30. In 1995-1996 my parents signed a contract making arrangements for their funerals and burials, for which they prepaid. Under Indiana law, the contract is irrevocable. My parents also purchased cemetery plots, which I still own. They did not express any interest in cremation.

31. Ora Pescovitz a/k/a Carolyn Srivastava, Gerald Bepko, Richard Young, and Jacqueline Hobbs, who have no legal claim whatsoever to my parents' assets, sought to use my gullible sister to unlawfully grab control of my parents' assets and to hasten their deaths to obtain those assets. They took advantage of a huge loophole in Indiana trust law, which requires only that a trust be in writing and be signed by the settlor, to forge alternative trust documents benefitting them at my expense. Additionally, in spring-summer 2003, they tried, with some success, to convince my elderly parents that I am allegedly crazy by presenting them with stacks of documents containing bizarre ramblings to which my name and signature had been forged, but which

7

were really drafted by Ora Pescovitz a/k/a Carolyn Srivastava.

32. From November 2005 - June 2006, contrary to my mother's decisively expressed wishes, Gerald Bepko, Richard Young, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs arranged for my sister, who is not an attorney, to claim power of attorney to imprison my mother in nursing homes, where she was subjected to abuse and neglect and I was subjected to threats and intimidation. Ora Pescovitz a/k/a Carolyn Srivastava relentlessly badgered my mother with harangues that her life was worthless and she should just die.

33. In June 2006, my sister forcibly moved my parents from their home in Indianapolis, where my father was living and my mother hoped to return, to defendant Franke Tobey Jones, where my mother passed away in October 2007. My sister opened Pierce County, Washington probate case no. 07-4-01778-2 based on the forged trust documents.

34. My sister moved my father from Franke Tobey Jones to an assisted living facility in Nashville, Tennessee in January 2009, due to her job-related relocation. She purchased a home in neighboring Wilson County, Tennessee, where she has resided.

35. Newton Allen, Michael Sontag, Jacqueline Hobbs, Ora Pescovitz a/k/a Carolyn Srivastava, Gerald Bepko, and malevolent facility staff engineered my father's "accidental" fall in the early morning hours of November 10, 2009. He was ultimately sent to Saint Thomas West Hospital's hospice, from which he disappeared, and I was informed that he had passed away. Michael Sontag, using my sister as petitioner, opened a case in Davidson (not Wilson) County, Tennessee arising from the same documents as the Pierce County, Washington case.

36. On June 14, 2010, Michael Sontag sent to me a communication asserting both that my father is deceased and that he is/was currently alive and imprisoned in an Alzheimer's center in Nashville, Tennessee. I therefore have reason to believe that father remains alive, imprisoned in

either Saint Thomas West Hospital's hospice or in a locked Alzheimer's facility in Tennessee.

37. During the period 2008 through 2014, my son resided in Florida, in close proximity to Jacqueline Hobbs.

### III. STATEMENT OF LEGAL CLAIM

38. I (plaintiff) support the following claims by reference to the previous paragraphs of this complaint:

39. **Count I**. Defamation: Gerald Bepko and Ora Pescovitz a/k/a Carolyn Srivastava have spread false malicious gossip far and wide that I allegedly disrupt workplaces when it is really Ora Pescovitz a/k/a Carolyn Srivastava who disrupts workplaces, with intent to prevent my obtaining paid employment to pay my living expenses.

40. **Count II**. Racketeering. Defendants have used money obtained from a pattern of racketeering activity against plaintiff to set up and maintain an enterprise that engages in interstate commerce. They have knowingly conducted the affairs of the enterprise through a pattern of racketeering that among its purposes 1) preying on me as a single Jewish woman to unlawfully obtain undeserved benefits at my expense, including exploiting me as a scapegoat for Ora Pescovitz a/k/a Carolyn Srivastava; 2) using government positions and courts to brazenly steal my money and other property; and 3) silencing my expressed opposition to their malfeasance, and which employs intimidation, forgery, identity theft, promotion of selfishness, and secretiveness to achieve its ends, activities prohibited by 18 U.S.C. § 1962 (b), (c) and (d). Predicate offenses that have injured me (plaintiff) in my business and property include the following:

a. Peonage, holding in involuntary servitude, forced labor 18 U.S.C. §§ 1581, 1584 and 1589: During the period 1994 up to the present, defendants have kept me in a condition of involuntary servitude, to pay debts incurred by spendthrift/substance abuser Ora Pescovitz a/k/a

Carolyn Srivastava, to exclude me from paid employment, and to accommodate her without compensation. The offenses have involved abuse of law and the legal process.

b. Attempt to commit murder: In October-November 1994 Ora Pescovitz a/k/a Carolyn Srivastava, with intent to cause my father's death, sexually assaulted him, and harassed and harangued him with horrible allegations about me, thereby causing him such severe emotional distress that he suffered a ruptured aneurysm, from which he nearly died.

c. Fraud in connection with identification documents pursuant to 18 U.S.C. § 1028 (a)(7): During the period 1994-1996, Ora Pescovitz a/k/a Carolyn Srivastava and Gerald Bepko intentionally used my means of identification in interstate commerce without lawful authority to falsely allege to the National Institutes of Health ("NIH") that I committed research misconduct, when it was really Ora Pescovitz a/k/a Carolyn Srivastava who committed research misconduct, and for Ora Pescovitz a/k/a Carolyn Srivastava to fraudulently claim credit for my real, high quality research, with intent to commit theft of my intellectual property, with intent to oppress me in the free exercise of my right to employment, 18 U.S.C. § 214; and with intent to use threats of force to prevent me from participating in an activity receiving federal financial assistance, 18 U.S.C. § 245 (b)(1)(E). Research proposals that I submitted to the NIH that otherwise would have been funded were denied funding on the basis of the false defamatory information, thereby destroying my biomedical research career.

d. Murder: On or about November 1, 1999, Jacqueline Hobbs intentionally administered to Arun Srivastava's mother an overdose of either a narcotic painkiller, a sedative, the antipsychotic Seroquel, or the powerful anesthetic propofol, with intent to cause her death, and it did cause her death.

e. Financial institution fraud: During the period 1999-2001, Ora Pescovitz a/k/a Car-

olyn Srivastava and Gerald Bepko employed false pretenses and intimidation to take more than $50,000.00 from the account of the Lion's Head Condominium Association, where my parents were members, to divert into their own pockets.

f. Mail fraud, wire fraud: During the period April 2000 through 2007, in Marion Superior Court case nos. 49D03-0004-CT-000580, 49D06-0011-CP-001662, 49D01-0301-CT-000143, 49D13-0301-CT-000178, 49D06-0304-PL-000708, 49D06-0308-PL-001535, 49D06-0309-PL-001592, 49D02-0411-CT-002095, 49D01-0412-PL-002315, 49D03-0501-PL-002988, 49D01-0506-PL-021605, Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me of my filing fees and reputation, substituted poor quality complaints and other filings that purported to have been drafted and signed by me but were not authorized by me for my real filings, conducted *ex parte* conferences with Ora Pescovitz a/k/a Carolyn Srivastava impersonating me, and intimidated judges, to have the cases summarily dismissed based on their threats and deceptions.

g. Mail fraud, wire fraud: During the period 2002-2005, Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me of my filing fees and reputation, drafted and sent via U.S. mail and electronically in interstate commerce alleged Indiana Court of Appeals opinions in case nos. 49A02-0112-CV-883 and 49A02-0305-CV-00456 that falsely accused me of malfeasance that was really committed by them..

h. Tampering with witness, 18 U.S.C. § 1512: In June, July, and August 2003, Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, Gerald Bepko, and Richard Young cruelly exploited my elderly parents as tools to threaten that if I did not voluntarily dismiss all of my pending federal lawsuits and seek [unnecessary] treatment from a psychiatrist, they would steal

11

my home, my car, all of my money and other property, sue me for defamation with demand for a large monetary judgment, and have me committed to a psychiatric institution, thereby employing intimidation and threats to use physical force against me, with intent that I withhold testimony and documents from official proceedings, in order to conceal their criminal activity. The litigation in question had nothing whatsoever to do with my parents.

i. Robbery, conspiracy to commit murder, wire fraud, mail fraud: In 2004, Gerald Bepko, Jacqueline Hobbs, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me of my inheritance, harassed and threatened my parents into changing their funeral instructions from funeral and burial to the less expensive cremation, and subsequently sent the changed instructions by mail and wire in interstate commerce. Their intent was to steal the price difference, and set my parents up for murder by overdose of dangerous prescription drugs. Cremation permanently destroys evidence of foul play and also allows false report of a death.

j. Kidnapping: On November 5, 2005 Patrick Healey, in collaboration with Ora Pescovitz a/k/a Carolyn Srivastava and Jacqueline Hobbs, moved my mother from the hospital to Marquette Manor against her wishes, with intent to take some of my inheritance as ransom, to pay for care that was not given, and to commit battery against my mother.

k. Dealing in a controlled substance: During the period November 5, 2005 through June 2006, Patrick Healey, Jacqueline Hobbs, Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava collaborated to vastly overdose my mother with morphine, causing serious bodily injury, including physical and psychological addiction, aspiration pneumonia, mental confusion, reduced ability to speak, and loss of ability to eat, leading to potential starvation. One objective was to prevent her from interacting with me.

l. Conspiracy to commit murder: During the period November 5, 2005 through De-

cember 21, 2005, when my mother was confined in a skilled nursing facility, Patrick Healey, Jacqueline Hobbs, Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava collaborated to intentionally seriously injure both of her feet so that she permanently lost use of her legs, to confine her to bed on her back so that she acquired extremely painful bedsores, to withhold food from her, causing severe malnutrition, and to maliciously place her in an uncomfortable bed that caused her extreme pain, to cause her to die a painful, torturous death.

m. Wire fraud, Extortion, Revised Code of Washington ("RCW") 9A.56.120, 9A.56.130: Ora Pescovitz a/k/a Carolyn Srivastava, Gerald Bepko, and Jacqueline Hobbs, having devised a scheme to steal my inheritance, induced my sister to telephone me at my home in the evening of December 20, 2005 to angrily express intent to obtain a restraining order against me to prevent my visiting my mother at the nursing home that was abusing her, thereby threatening to falsely accuse me of a crime, with intent to harm my relationship with my mother and prevent my interceding in their efforts to murder her.

n. Kidnapping: In June 2006 Patrick Healey, Franke Tobey Jones, Jacqueline Hobbs, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn Srivastava intentionally induced the forcible move of my parents from Indianapolis to Franke Tobey Jones in Tacoma, Washington against their will, in order to exert total control over them, to prevent me from interacting with them, and to steal their money and my inheritance.

o. Obstruction of justice, 18 U.S.C. § 1503: During the period February 2006 through September 2006, Patrick Healey, in collaboration with Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, intentionally altered and removed documents and other evidence of his maltreatment of my mother by Marquette Manor Healthcare Center, with intent to prevent them from being used as evidence in federal investigations.

p. Murder, RCW 9A.32.030: On or about October 29, 2007 Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, and Franke Tobey Jones collaborated to intentionally administer to my mother an overdose of either a narcotic painkiller, a sedative, the antipsychotic Seroquel, or the powerful anesthetic propofol, with intent to cause her death, and it did cause her death by asphyxiation.

q. Fraud in connection with identification information, 18 U.S.C. § 1028 (7): During the period 2007-2009, Gerald Bepko, Richard Young, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, knowingly and without lawful authority used and transmitted electronically in interstate commerce my name, that of my ex-husband, that of a judge, and that of an attorney, by falsifying the electronic Chronological Case Summary of my dissolution of marriage case, Marion Superior Court case no. 49D03-9203-DR-0436, adding events communicated interstate from a divorce in Ohio, likely that of Ora Pescovitz a/k/a Carolyn Srivastava, falsely alleging that someone petitioned for and was granted a restraining order in March 1992 when no restraining order was requested or granted, as there was no need for one; falsely alleging that my ex-husband retained an attorney named Malcolm Kent Newton when he really retained a completely unrelated female attorney; falsely alleging that a praecipe for contested hearing was filed; falsely alleging that the case was resolved by bench trial when it was settled without any hearing or other in-court proceeding;[1] and falsely alleging that so-called rulings were made by Judge Patrick McCarty, when they were really fabricated by them. Their intent was to commit wire fraud, and the Indiana felonies of theft, obstruction of justice and forgery.

r. Conspiracy to commit murder: In 2008 Jacqueline Hobbs, Ora Pescovitz a/k/a Carolyn Srivastava, and Gerald Bepko agreed to cause my son's death. In furtherance of this agreement they hired a mechanic to sabotage his car by breaking the axle on November 21, 2008, with

---

[1] There is no provision in Indiana law for trials in dissolution of marriage cases.

intent that he would be killed in a motor vehicle "accident."

     s. Wire fraud; Extortion, Florida Statutes Title XLVI § 836.05: During the period November 18-28, 2008, Jacqueline Hobbs and Ora Pescovitz a/k/a Carolyn Srivastava, having devised, though wire communications, a scheme to defraud me of my money, induced me to spend $212.08 on a hotel reservation for my son, which they then coerced him into refusing to use.

     t. Conspiracy to commit murder: During the period April 2009 up to at least December 2009, Newton Allen, in collaboration with Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, and Gerald Bepko, forced my father to unnecessarily take the dangerous psychotropic drug Seroquel. The federal Food and Drug Administration has approved Seroquel for treatment of schizophrenia and bipolar disorder, neither of which afflicts my father. The manufacturer has included the following warning prominently in its advertising:

> "Elderly patients with dementia-related psychosis (having lost touch with reality due to confusion and memory loss) treated with this type of medicine are at an increased risk of death, compared to placebo (sugar pill). **SEROQUEL XR is not approved for treating these patients.**

[emphasis added]. My father also never had dementia-related psychosis.

     u. Mail fraud; Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): On or about November 5, 2009, Michael Sontag, in collaboration with Newton Allen, Gerald Bepko, Jacqueline Hobbs, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me out of my inheritance, sent through the U.S. mail and electronically in interstate commerce as part of Davidson County, Tennessee case no. 09P-1680 false allegations that I allegedly file frivolous lawsuits and false allegations that my father is mentally incompetent requiring a conservator, thereby using my and my father's means of identification without lawful authority, with intent to commit felony theft of my inheritance and especially aggravated kidnapping, Tenn. Code Ann. §§ 39-14-103, 39-14-105 (5) and 39-13-305.

v. Especially aggravated kidnapping, Tenn. Code Ann. § 39-13-305: Newton Allen, Ora Pescovitz a/k/a Carolyn Srivastava, Gerald Bepko, Jacqueline Hobbs, and Saint Thomas West Hospital collaborated to intentionally pull my 91-year-old father out of bed in the early morning hours of November 10, 2009 and pushed him down to break his hip, to forcibly move him to Saint Thomas West Hospital, with intent to enrich themselves with money from him and from Medicare, to deprive him of his liberty by imprisoning him in a memory care or hospice center, and to prevent me from interacting with him to ensure that he receives proper care. In the absence of intervention by concerned relatives, elderly individuals confined to institutions are routinely abused and neglected.

w. Extortion, Tenn. Code Ann. § 34-14-112: During the period November 13, 2009 through November 20, 2009, Jacqueline Hobbs, Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava induced a rehabilitation facility to use coercion to restrict my freedom of action to telephone my father and speak with him.

x. Mail fraud: Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, Gerald Bepko, Richard Young, and Saint Thomas West Hospital, having devised a scheme for obtaining my inheritance by false pretenses, for the purpose of executing that scheme, knowingly forged a physician's signature to a death certificate falsely alleging that my father had passed away and sent it to me by U.S. Postal Service on or about December 14, 2009. This also constitutes the Tennessee offense of creating false impression of death, Tenn. Code Ann. § 39-14-128.

y. Mail fraud, wire fraud, fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): In November-December 2007, and again on July 20, 2010, Gerald Bepko, Ora Pescovitz a/k/a Carolyn Srivastava, Richard Young, Michael Sontag, and Jacqueline Hobbs knowingly transferred my mother's means of identification electronically in interstate commerce

and via U.S. mail without lawful authority, to send or have others send to me a trust document that purported to have been signed and authorized by my mother on February 21, 2006 but which was really drafted and signed by them in November-December 2007 after her death, thereby committing felony forgery, Revised Code of Washington ("RCW") 9A.60.020 (in effect in 2007) and Ind. Code § 35-43-5-2. The forged document contains provisions that are different from and less favorable to me than those contained in a trust document that my mother did sign on February 21, 2006. The intent was to aid in commission of felony theft of my inheritance, Ind. Code § 35-43-4-2, RCW 9A.56.030, and Tenn. Code Ann. §§ 39-14-103 and 39-14-105 (5).

z. Mail fraud, wire fraud During the period February 2006 through November 2010, Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, Michael Sontag, and Gerald Bepko, having devised a scheme to defraud me out of my inheritance, sent or had others send through the mail and electronically in interstate commerce a written instrument purporting to be a trust document disposing of my parents' assets and benefitting themselves at my expense, and purporting to have been made and authorized by my father on February 21, 2006, but was not made by or authorized by my father, but was forged by them.

aa. Mail fraud, wire fraud: On or about May 10, 2010 and September 30, 2010, William Haynes, in collaboration with Richard Young, Gerald Bepko, Donald Harris, Jacqueline Hobbs, Michael Sontag, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me out of my filing fee, sent summary dismissals of TNMD case numbers 3:10-cv-00082 and 3:10-cv-00853, in which I was the plaintiff and had paid the filing fee, electronically in interstate commerce and by U.S. mail, without hearing any of my claims. They used defendants' poor quality forgeries and the sociopathic behavior of Ora Pescovitz a/k/a Carolyn Srivastava as an excuse.

17

bb. Extortion, Florida Statutes Title XLVI § 836.05: During the period August 2010 through at least June 2014, Jacqueline Hobbs, Ora Pescovitz a/k/a Carolyn Srivastava, Richard Young, and Gerald Bepko have maliciously threatened injury to the person and reputation of my son, who resided in Florida during that period, with intent to compel him to refrain from contacting me or responding to my telephone calls, against his will, as part of their sadistic effort to use him as a tool against me.

cc. Extortion, Tenn. Code Ann. § 34-14-112; Florida statutes, Title XLVI § 836.05; mail fraud: With intent to unlawfully obtain property and an advantage through coercion upon me, to maliciously threaten me with an injury, and to defraud me of my inheritance, on or about July 20, 2010, Michael Sontag, in collaboration with Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, Richard Young, and Gerald Bepko, induced my sister commence Davidson County, Tennessee Circuit Court case no. 10P-1127. As part of the case, they sent to me in Indiana a document labeled Exhibit C, which purports to have been signed in Indiana in the presence of an Indiana notary by an Indiana accountant who was designated trustee of an alleged trust of which I was alleged beneficiary purporting to remove himself as trustee, when in fact the document was neither signed nor authorized by the accountant and does not meet Indiana notarization requirements. Thus, the Indiana accountant did not sign any document removing himself as trustee and he therefore remains trustee. They thereby falsely characterized my sister as the trustee when in fact she had executed a document, which she acknowledged in my presence, removing herself as trustee, as did the third designated trustee. My sister lacked standing to bring the case at all. The intent was to create a false appearance that the State of Tennessee has personal jurisdiction over me in the case when it does not. The trustee is a citizen of Indiana, I as named beneficiary am a citizen of Indiana, and the funds are held in an account in Indiana.

dd. Wire fraud; Extortion, Tenn. Code Ann. § 34-14-112: Donald Harris, Michael Sontag, Gerald Bepko, Richard Young, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, having devised a scheme to defraud me of my inheritance, sent electronically in interstate commerce an alleged order in Davidson County, Tennessee Circuit Court case no. 10P-1127 bearing a signature date of November 1, 2010 and a file-mark of November 9, 2010, unlawfully appointing a trustee and using threats and coercion on me to unlawfully restrict my freedom to seek relief for defendants' theft of the assets in the trust in Tennessee courts. Donald Harris lacked jurisdiction to even hear the case.

ee. Extortion, Tenn. Code Ann. § 34-14-112: In case number no. 10P-1127, Donald Harris collaborated with Michael Sontag, Gerald Bepko, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, to use coercion on me to force me to reveal the custodian of my personal assets unrelated to my parents' trusts that I use to pay my living expenses, in order to threaten the custodian's employees to try to rob me of those assets, such that I was forced to pay to transfer the assets to another custodian.

ff. Mail fraud, 18 U.S.C. § 1341: On or about December 15, 2010, Michael Sontag, in collaboration with Donald Harris, Gerald Bepko, Richard Young, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, having devised a scheme to defraud me of my inheritance, intentionally sent through the mail a false statement of expenditures from my parents' trusts, that intentionally omitted unlawful payments to individuals not entitled to any of the money.

gg. Mail fraud: On or about July 8, 2011 Michael Castellarin, Donald Harris, Michael Sontag, Gerald Bepko, Richard Young, Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline Hobbs, having devised a scheme to defraud me of my inheritance, sent through the mail two "Letters Trusteeship" purporting to approve transfer of funds to a trust of which I am allegedly

19

beneficiary with Michael Castellarin as trustee. Their intent is to take the funds for themselves.

hh. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): Richard Young, Gerald Bepko, MSU Law, and Ora Pescovitz a/k/a Carolyn Srivastava sent my (plaintiff's) means of identification through the U.S. mail and electronically in interstate commerce without lawful authority during the period August 2 - 5, 2011, as part of Monroe Circuit Court case no. 53C01-1107-PL-001424, to dismiss the case and to falsely accuse me of offenses committed by them, with intent to commit the unlawful activities of violations of my civil rights and mail fraud, 18 U.S.C. §§ 241, 245, and 1341, and the Indiana felonies of forgery, theft of my filing fee, and obstruction of justice.

ii. Mail fraud, wire fraud: During the period October 7, 2011 through February 10, 2012, Richard Young, Gerald Bepko, MSU Law, Michael Sontag, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me of my filing fee and additional money using a pretext of "attorney fees and costs" as part of Indiana Court of Appeals case number 53A01-1110-PL-447, substituted forged, poor quality filings for my real filings and conducted *ex parte* teleconferences with one of their identity thieves impersonating me, to send false allegations via documents by U.S. mail and electronically in interstate commerce that the appeal had been dismissed and they had been awarded attorney fees and costs. The signatures on the documents were clearly forged.

jj. Mail fraud, wire fraud: On or about July 13, 2012, Michael Castellarin, in collaboration with Donald Harris, Michael Sontag, Ora Pescovitz a/k/a Carolyn Srivastava, Jacqueline Hobbs, Gerald Bepko, and James Schillaci, using an unlawful order in Davidson County, Tennessee case number 10P-1127 exerted unauthorized control over more than $6,000.00 from my inheritance held in an account in Indiana with intent to deprive me of its use and value. In June

2013 they removed another $3,020.50 from the alleged trusts, and currently propose to remove yet another $3,428.86.

kk. Mail fraud, wire fraud: On or about June 6-7, 2012 and April 1, 2013, Richard Young, Gerald Bepko, John Boehner, MSU Law, Jacqueline Hobbs, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me out of my filing fees, which I had paid, entered into court electronic records and sent to me by U.S. mail purported dismissals of Tippecanoe Superior Court #2 case numbers 79D02-1205-PL-00015 and 79D02-1303-PL-00009, respectively, falsely accusing me of offenses that they had committed, and falsely portraying the dismissals as having been authorized by Judge Busch, but which were not authorized by Judge Thomas Busch. They used the poor quality forgeries and irrational behavior of Ora Pescovitz a/k/a Carolyn Srivastava as an excuse.

ll. Mail fraud, 18 U.S.C. § 1341: During the period August 2, 2012 through August 14, 2012, MSU Law, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn Srivastava, having devised a scheme to defraud me out of my money, had a predatory collection agency send me via U.S. mail a notice falsely alleging that I owe a debt in the amount of $5,398.55 for an alleged loss stemming from an unspecified incident that purportedly occurred on August 2, 2012. The debt was really owed by Ora Pescovitz a/k/a Carolyn Srivastava.

mm. Conspiracy to commit kidnapping and robbery: MSU Law, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn Srivastava used Monroe Circuit Court case number 53C01-1107-PL-1424 to send to me via U.S. mail in an envelope postmarked April 15, 2013 a violent threat disguised as an alleged order dated April 5, 2013 to kidnap and criminally confine me for $7,500.00 ransom.

nn. Mail fraud, wire fraud: On or about April 8, 2013, May 7, 2013, and September

12, 2013 Richard Young, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn Srivastava, having de-vised a scheme to defraud me out of the filing fee I had paid, entered into court electronic rec-ords and sent to me by U.S. mail purported dismissals of Tippecanoe Superior Court #2 case number 79D02-1304-CT-00008 falsely accusing me of offenses that they had committed, to have the case summarily dismissed, and to falsely portray the dismissal as having been authorized by Judge Busch, but which was not authorized by Judge Busch. They also induced the clerk to re-frain from serving defendants with process. They used the poor quality forgeries and sociopathic behavior of Ora Pescovitz a/k/a Carolyn Srivastava as an excuse.

oo. Wire fraud, misuse of identification information in interstate commerce, 18 U.S.C. § 1028 (7): During the period June 24, 2013 up to the present, Nationstar, in collaboration with Ora Pescovitz a/k/a Carolyn Srivastava, Richard Young, and Gerald Bepko, having devised a scheme to defraud me of my money, has knowingly maintained and transmitted in interstate commerce a false record that I allegedly owe Nationstar more than $50,000.00. They have there-by used my means of identification without lawful authority, with intent to commit the Indiana felony of theft, and specifically to allow Ora Pescovitz a/k/a Carolyn Srivastava to fraudulently claim ownership of my home, and to force me to pay her debts.

pp. Obstruction of justice, 18 U.S.C. § 1503: Gerald Bepko, Richard Young, and Ora Pescovitz a/k/a Carolyn Srivastava, have, corruptly and by threat, impeded clerks of the U.S. District Court for the Southern District of Indiana, from discharging their duty to enter my filings into the electronic dockets that are the official case records in cases to which I am a party, and to pretend the documents I submitted for filing do not exist. Specifically, they have impeded entry of my filings in case no. 1:13-cv-01383-RLY-DML (in which Richard Young is both defendant and judge) as of September 18, 2013; in case no. 1:13-cv-200-SEB-DML as of December 31,

2013; in case no. 1:11-cv-00909-WTL-DKL as of November 3, 2014; in case no. 1:13-cv-890-TWP-DKL as of November 10, 2014; and in case no. 1:14-cv-2001-RLY-DKL (in which Richard Young is both defendant and judge) as of December 11, 2014.

qq. Obstruction of justice, 18 U.S.C. § 1513 (e): In September 2013, in case no. 1:13-cv-01383-RLY-DML, in which I provided truthful information about possible commission of federal offenses to the United States attorney, Richard Young, with intent to retaliate, interfered with the U.S. Post Office in Evansville, where he is based, to cause a filing that I mailed to him well ahead of the deadline he set to be delivered shortly after the deadline, as an excuse to summarily dismiss the entire case, thereby depriving me of the value of the filing fee I had paid.

rr. Extortion, Ohio Revised Code § 2905.11: John Boehner has been using Ora Pescovitz a/k/a Carolyn Srivastava to commit aggravated menacing (§ 2903.21) against the families of wealthy individuals and to threaten to damage their personal and business repute, with intent that they contribute large amounts of money to his political campaigns and those of other Republican candidates.

ss. Bribery: John Boehner has shared his ill-gotten gains with other Republican members of the U.S. House of Representatives, with intent to control their official act of voting for him for Speaker.

tt. Bribery: John Boehner has accepted millions of dollars in secret campaign money from the dirty energy industry to retain his lucrative government position, with intent that he use the position to promote official policies that enrich his Billionaire Bankrollers by exacerbating human-caused climate disruptions and by taking clean air, clean water, and safe housing away from millions of us Americans. As part of this, he is trying to grant amnesty to illegal aliens to build the dirty Keystone XL pipeline to transport toxic sludge through our country and force us

American taxpayers to clean up foreigners' filthy messes.

uu. Fraud in connection with identification information, 18 U.S.C. § 1028: Ora Pescovitz a/k/a Carolyn Srivastava, in collaboration with Gerald Bepko and Richard Young, has used my means of identification without lawful authority to create and transfer in interstate commerce false identification documents, to make false statements relating to, and obtain by false representations, healthcare benefits, 18 U.S.C. §§ 1001, 1035, and 1347; and 42 U.S.C. § 1383a, specifically to obtain Medicaid and Supplemental Security Income for Disabled for which she is not eligible because she owns significant assets in her real name, and has obstructed investigations of these offenses, 18 U.S.C. § 1518. I, plaintiff Carolyn Wendy Herz, have never intentionally applied for and have never in my life received these benefits.

41. **Count III**: Violation of constitutional rights; theft: Richard Young charges the public to view court records on the public computer terminals in the court clerk's office, in violation of rules established by the Judicial Conference of the United States, which require this access to be free. He also refuses to provide me with electronic notices of documents entered into the online docket in my cases, along with one free electronic copy of each filing, also in violation of Judicial Conference rules and 28 U.S.C. § 1914 (b). He is thereby taking my money without due process of law, in violation of the Fifth Amendment to the *Constitution of the United States*.

42. **Count IV**: Fraud, theft: For many years, Gerald Bepko, with intent to deceive and to exert unauthorized control over my intellectual property with intent to deprive me of its use and value, has abused his title as law professor to fraudulently claim that my high quality legal work, on which I spent much time, effort, and thought, was really his work.

43. **Count V**: Breach of fiduciary duty: By forcing himself into a position as trustee of an alleged trust of which I am designated beneficiary, and by taking thousands of dollars from the

corpus of the trust as payment for that claimed position, Michael Castellarin voluntarily assumed fiduciary duties to me to ensure that the funds are not being misused, to dispute the flagrant violations of Tennessee and Indiana trust law to which I have been subjected, and to ensure that I am not the target of identity theft with regard to the trust. Michael Castellarin has done absolutely nothing for me in return for the money he has taken.

44. **Count VI**. Deprivation of constitutional rights pursuant to 42 U.S.C. § 1983: The value of the alleged trust for which Michael Castellarin purports to be trustee is greater than the maximum value allowed by Tennessee law for a public trustee, and therefore Michael Castellarin is taking my property as fees without due process of law, in violation of the Fourteenth Amendment to the *Constitution of the United States*.

45. **Count VII**. Breach of fiduciary duty: During the period from at least 2009 up to the present, Bank of America Corporation and James Schillaci freely dispensed money from my parents' account (and my inheritance) to Michael Sontag, Michael Castellarin, and others who have no legal claim to the assets.

46. **Count VIII**: Breach of fiduciary duty: Bank of America Corporation, in servicing my mortgage loan, possessed personal information about me, including my Social Security number, that could be used for unlawful purposes. Bank of America had a duty to refrain from sharing that information with unauthorized persons. In April 2013, Bank of America Corporation, without my authorization, provided all of my personal information to the predatory Nationstar, which Nationstar then used the information to falsely allege that I owe it more than $50,000.00.

47. **Count IX**. Violation of constitutional rights: Any court order forcing me to patronize a mortgage servicer and/or lender against my will due to sale of servicing rights would violate my First Amendment right to freedom of association and my Fifth and/or Fourteenth Amend-

ment rights to the equal protection of the laws, because it allows one party to a business agree-ment to unilaterally change the terms of the business agreement by signing a contract that ad-versely affects me but to which I am not a party, while I as borrower have no choice whatsoever.

48. **Count X**: Defamation, invasion of privacy: Jacqueline Hobbs has abused her status as a psychiatrist and as my son's stepmother to spread false malicious gossip that my mother, my son, and I are alcoholics, when it is really Jacqueline Hobbs and her mother who are alcoholics.

49. **Count XI**: Invasion of privacy: Jacqueline Hobbs, Richard Young, and Gerald Bepko are trying to force my son to marry a Christian woman, against his will, so that his children will grow up Christian and will not be recognized as Jewish by other Jews. It is part of their nefarious scheme to annihilate Jews. Neither my son's father nor I is Christian.

50. **Count XII**: Defamation, invasion of privacy: Jacqueline Hobbs, Ora Pescovitz a/k/a Carolyn Srivastava, Richard Young, and Gerald Bepko, who have no right to interfere in my per-sonal life, are now falsely alleging that my son is not really my son and that I allegedly fraudu-lently took child support payments from my ex-husband, who is allegedly not my son's father. It is yet another of their nefarious schemes to steal my money.

51. **Count XIII**: Theft, forgery pursuant to Ind. Code § 34-24-3-1: Ora Pescovitz a/k/a Carolyn Srivastava, Richard Young, and Gerald Bepko, in Marion Superior Court case nos. 49D03-1401-CT-000437 and 49D04-1411-CT-038000, substituted poor quality complaints to which they applied my name and a photocopy of my signature, but which were drafted by them and not authorized by me, for my real complaints. They are thereby exerting unauthorized con-trol over my filing fees, with intent to deprive me of their use and value.

52. **Count XIV**: Attorney deceit and collusion, Ind. Code § 33-43-1-8, forgery: Gerald Bepko and Richard Young have used Ora Pescovitz a/k/a Carolyn Srivastava, and Jacqueline

Hobbs to purport to act on my (plaintiff's) behalf without licenses to practice law, to have decisions issued against me in U.S. District Court for the Southern District of Indiana case no. 1:14-cv-2001-RLY-DKL and other legal proceedings referred to in this complaint based on their irresponsible actions, by seeking to deceive judges and me as a party, in order to benefit themselves at my expense.

53. **Count XV**: Attorney deceit and collusion, Ind. Code § 33-43-1-8: Gerald Bepko, using Ora Pescovitz a/k/a Carolyn Srivastava as a tool, is secretly purporting to represent me without my permission and without legal authority in Marion Superior Court case no. 49D02-1412-CT-039726 by submitting a poor quality parallel complaint purportedly on my behalf. To commence the case I, Carolyn Wendy Herz, filed a *pro se* appearance on my own behalf, along with a complaint that I personally drafted and signed on my own behalf.

54. **Count XVI**. Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (1): Gerald Bepko, Richard Young, John Boehner, and Ora Pescovitz a/k/a Carolyn Srivastava, in 2013-2014, through instigation of frivolous lawsuits against federal Executive Branch agencies, including a lawsuit in Indiana, have been conspiring to prevent, by force and threat, federal Executive Branch officials from discharging their duties to faithfully execute the Patient Protection and Affordable Care Act, Public Law 111-148 (hereinafter, "ACA"). John Boehner was unable to repeal the ACA with "Speech and Debate" votes, so he is resorting to devious means. Due to defendants' bullying of me, I had not had health insurance for more than seventeen years. The ACA has now enabled me to obtain life-saving health insurance and access to medical care. The perpetrators have particularly sought to take away the premium tax credits, on which I rely.

## IV. PRAYER FOR RELIEF

55. Based on the foregoing, plaintiff respectfully prays that this Court order the follow-

ing relief:

56. Order Richard Young to immediately enter all of the documents I have submitted to the U.S. District Court for the Southern District of Indiana into the publicly accessible online docket, and to immediately instruct court clerks that it is their legal duty to enter <u>all</u> of the documents I tender to them in cases to which I am a party into the public electronic record.

57. Order Richard Young to immediately provide to me, free of charge, electronic copies of documents filed in all cases to which I have been a party since the institution of CM-ECF, and ensure that I receive the required electronic notices and electronic copies in the future.

58. Order Richard Young to immediately allow free access to the records of the U.S. District Court for the Southern District of Indiana on the public computer terminals in the clerk's office.

59. A declaration that I, plaintiff Carolyn Wendy Herz, am entitled to the credit for my own legal work, that Gerald Bepko has no legal right to steal my work, and that I am not responsible for defendants' forgeries and in-court misbehavior.

60. Order Newton Allen and Saint Thomas West Hospital to explain to me what they did with my father.

61. Order Gerald Bepko, Richard Young, Jacqueline Hobbs, and Ora Pescovitz a/k/a Carolyn Srivastava to produce the real trust documents that my parents signed in 2006.

62. Order Michael Castellarin to return all of the money he has taken from the Herz trust because he is not entitled to any of it.

63. Order Donald Harris or his successor to conduct a full, fair, and impartial hearing on the issue of jurisdiction over Davidson County, Tennessee case no. 10P-1127.

64. Order Gerald Bepko, Michael Sontag, Donald Harris, and Michael Castellarin to re-

imburse me for the travel and other expenses that I incurred in responding to their frivolous case 10P-1127.

65. Order Gerald Bepko to STAY OUT of case nos. 1:14-cv-2001-RLY-DKL and 49D02-1412-CT-039726, and all other cases to which I am a party, unless he appears on the record in the cases in compliance with the applicable court rules and laws.

66. Order William Haynes to reimburse me for my filing fees and other expenses I incurred in my cases that he has unlawfully refused to hear.

67. Order Jacqueline Hobbs to reimburse me $212.00 for the unused hotel reservation.

68. Order defendants to pay for DNA tests to prove that my son A. Benjamin Srivastava is my biological son and Arun Srivastava is his biological father.

69. A declaration that I do not owe anything to Nationstar, and that it has no claim whatsoever to any property owned by me.

70. Order Nationstar to immediately remove all information about me from its records, including erasing any records of a pending mortgage debt. As long as Nationstar retains information about me, it can arbitrarily invent a new alleged mortgage loan at any time.

71. Order Gerald Bepko, Richard Young, John Boehner, and Ora Pescovitz a/k/a Carolyn Srivastava to pay all of my medical expenses out of their own personal funds.

72. Pursuant to 28 U.S.C. § 1361, order the United States to remove Richard Young from the bench and criminally prosecute him, so he will no longer be in a position to harm me.

73. Order the United States to continue faithfully executing the ACA, and to ignore court opinions on this matter, because the courts lack authority to repeal Acts of Congress, which is what the Boehner anti-ACA lawsuits are demanding that courts do. The *Constitution of the United States* explicitly confers on Congress exclusive legislative authority.

74. The United States should have in place a mechanism to periodically review the job performance of Article III judges and justices, and should develop a procedure to hold them accountable for misbehavior in office. The current judicial complaint procedure is totally useless: it is a "good old boys" network in which judges rarely take action against other judges.

75. That the Court order defendants to pay me compensatory damages, treble damages as allowed by 18 U.S.C. § 1964 (c) and Ind. Code § 34-24-3-1, and/or punitive damages, and costs of this litigation.

76. Order such additional relief as the Court may deem just and proper.

## V. AFFIRMATION OF PLAINTIFF

I, the plaintiff in this cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be, to the best of my personal knowledge, information, and belief, true and correct.

Signed this _15th_ day of _December_, 2014.

Carolyn Wendy Herz, Plaintiff *pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Tel. (317) 876-0421